MR. CHIEF JUSTICE HASWELL,
dissenting:
I join in the dissent of Mr. Justice Harrison. I would emphasize that it is pure fiction to hold that Ella Patten had any intention during her lifetime to make a gift of any part of the certificates of deposit or the bank account to Donald Patten under the facts of this case. She withheld knowledge of the existence of both from Donald during her lifetime to enable her to retain exclusive control over the same.
Likewise, the joint tenancies cannot be sustained on a contract theory for the same reasons.
Ella had exclusive control over the certificates of deposit and the bank account during her lifetime by the device of withholding knowledge of the same from Donald. In my view, the proceeds thereof are properly a part of her estate. Ella Patten should not be permitted to have her cake and eat it too during her lifetime.